No. 350. BALABAN ET AL. *v.* RUBIN ET AL. Court of Appeals of New York. Certiorari denied. *Frank H. Gordon* for petitioners. *Leo A. Larkin, Seymour B. Quel* and *Benjamin Offner* for respondents.

No. 430. ELGISSER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Daniel H. Greenberg* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 7, Misc. REAL *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 383. SCHIFF, EXECUTRIX, ET AL. *v.* METZNER, U. S. DISTRICT JUDGE, ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this petition. *Clendon H. Lee, John C. Farber, Leo Brady* and *Abbott Gould* for petitioners. *Aloysius F. Power, George A. Brooks, Daniel M. Gribbon* and *Frank H. Gordon* for General Motors Corp. et al., respondents.

No. 278. MONOLITH PORTLAND CEMENT Co. *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA ET AL. Motion of Atchison, Topeka & Santa Fe Railway Co. to be added as a party respondent granted. Petition for writ of certiorari to the Supreme Court of California denied. *Joseph T. Enright* and *Norman Elliott* for petitioner. *Mary Moran Pajalich* for Public Utilities Commission of California et al., respondents. *Frederick G. Pfrommer* for Atchison, Topeka & Santa Fe Railway Co.